**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| JOHN BECKER, ET AL. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 1:18-cv-00931 ) |
| PAUL HOWE NOE, II, ET AL., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

May the Clerk, the Court, and all interested parties please take notice that Nicholas G. Hallenbeck of Gordon Rees Scully Mansukhani, LLP, hereby withdraws his appearance as counsel to Eco-Gen Energy, Inc., Paul Howe Noe, II, Licia Bonaventura-Delanoe, Julia Otey-Raudes, Raoul Hamilton, Ralph Warren and Operating Expense Consulting, LLC in the above captioned matter. The undersigned requests that he be removed from the list of persons to receive notices and papers in this matter. Brian A. Scotti will, Esq. will remain as counsel.

Dated: June 10, 2019            Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/ Adam V. Vickers*
　　　　　　　　　　　　　　　　　　Adam V. Vickers (La. Bar No. 34992)
　　　　　　　　　　　　　　　　　　(Admitted pro hac vice)
　　　　　　　　　　　　　　　　　　avickers@carastone.com
　　　　　　　　　　　　　　　　　　William F. Large (La. Bar No. 34837)
　　　　　　　　　　　　　　　　　　(Admitted pro hac vice)
　　　　　　　　　　　　　　　　　　wlarge@carastone.com
　　　　　　　　　　　　　　　　　　CARA STONE, LLP
　　　　　　　　　　　　　　　　　　650 Poydras St., Suite 1130
　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　(504) 265-9955
　　　　　　　　　　　　　　　　　　(504) 265-9955 (Facsimile)

   */s/ Nicholas G. Hallenbeck*
Brian A. Scotti, Esq. (Md. Bar No. 18249)
bscotti@grsm.com
Nicholas G. Hallenbeck, Esq. (Md. Bar No. 17898)
nhallenbeck@grsm.com
GORDON & REES LLP
1300 I Street, N.W., Suite 825
Washington, D.C. 20005
(202) 399-1009
(202) 800-2999 (Facsimile)

*Counsel for Eco-Gen, Inc., Paul Howe Noe, II, Licia Bonaventura-Delanoe, Julia Otey-Raudes, Raoul Hamilton, Ralph Warren and Operating Expense Consulting, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification all counsel of record and unrepresented parties:

   */s/ Nicholas G. Hallenbeck*
Nicholas G. Hallenbeck