2019 JUN 11  PM IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*Approved -
CLH
USDJ*

|  | ) |
| JOHN BECKER, ET AL., | ) |
|  | ) |
|  | ) Plaintiffs, |
| v. | ) C.A. No. 1:18-cv-00931  *6/11/19* |
|  | ) |
| PAUL HOWE NOE, II, ET AL., | ) |
|  | ) |
|  | ) Defendants. |
|  | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

May the Clerk, the Court, and all interested parties please take notice that Nicholas G.

Hallenbeck of Gordon Rees Scully Mansukhani, LLP, hereby withdraws his appearance as

counsel to Eco-Gen Energy, Inc., Paul Howe Noe, II, Licia Bonaventura-Delanoe, Julia Otey-

Raudes, Raoul Hamilton, Ralph Warren and Operating Expense Consulting, LLC in the above

captioned matter. The undersigned requests that he be removed from the list of persons to receive

notices and papers in this matter. Brian A. Scotti will, Esq. will remain as counsel.

Dated: June 10, 2019                                      Respectfully submitted,

                                         */s/ Adam V. Vickers*
                                         Adam V. Vickers (La. Bar No. 34992)
                                         (Admitted pro hac vice)
                                         avickers@carastone.com
                                         William F. Large (La. Bar. No. 34837)
                                         (Admitted pro hac vice)
                                         wlarge@carastone.com
                                         CARA STONE, LLP
                                         650 Poydras St., Suite 1130
                                         New Orleans, LA 70130
                                         (504) 265-9955
                                         (504) 265-9955 (Facsimile)