IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**JOHN BECKER,** *et al.*

                          Plaintiffs

v.                                                                    Case No.: 1:18-cv-00931-BPG

**PAUL HOWE NOE, II,** *et al.*

                          Defendants

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, the opposition thereto, if any, the record herein, and the applicable law, it is this ____ day of _____, 2020, ORDERED, as follows:

1.      Judgment is hereby on Count III, for Fraud, in favor of all Plaintiffs jointly, and against Defendants Ralph Warren and Operating Expense Consulting, LLC, for compensatory damages in the amount of $160,302.50 jointly and severally, punitive damages in the amount of $25,000 each, post-judgment interest at the legal rate, and costs; and

2.      Judgment is hereby entered on Count V, for Breach of Contract, in favor of all Plaintiffs jointly, and against Defendant Operating Expense Consulting, LLC, for compensatory damages in the amount of $160,302.50, pre-judgment interest in the amount of $38,472.60 from March 2, 2016 to March 2, 2020, plus $26.35 per day after March 2, 2020, post-judgment interest at the legal rate, and costs.

_____
Beth P. Gesner, Chief United States Magistrate Judge
United States District Court for the District of Maryland