IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JOHN BECKER, *et al.* | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 1:18-cv-00931-ELH |
| RALPH WARREN, *et al.* | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**WITHDRAWAL OF APPEARANCE**

Madam Clerk:

Please withdraw the appearance of the undersigned as counsel for Defendants Ralph L.

Warren and Operating Expense Consulting, LLC (collectively referred to as the "OPEX

Defendants"). Said Defendants are currently represented by Martin H. Schreiber.

_____
James E. Carbine
Bar No. 391
Suite 356
711 W. 40th Street
Baltimore, Maryland 21211
410-292-1166
FAX 410-624-5736
jcarbine@trialaw.com
Former Attorney for OPEX Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2020, that a copy of the foregoing Entry of Appearance was served electronically via the ECF system upon John F. Dougherty, Suite 2600, One South Street, Baltimore, Maryland 21202, attorney for Plaintiff; and Martin H. Schreiber, 3600 Clipper Mill Road, Baltimore, Maryland 21211, attorney for Defendants.

_____
James E. Carbine

IT IS SO ORDERED, this _____ day of August, 2020.

_____
United States Magistrate Judge